UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE TAYLOR-THOMAS, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> GENEX HOLDINGS INC., ET AL., <br><br> Defendant(s). | Case No: 3:16-cv-05569 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Russell R. Bruch, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Genex Holdings Inc. dba Genex Services in the above-entitled action. My local co-counsel in this case is Karen Y. Cho, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Morgan, Lewis & Bockius, 1111 Pennsylvania Avenue, NW, Washington, DC 20004-2541 | Morgan, Lewis & Bockius, One Market, Spear Street Tower, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: <br> (202) 739-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 442-1000 |
| MY EMAIL ADDRESS OF RECORD: <br> russell.bruch@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> karen.cho@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 503288.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/10/16

Russell R. Bruch
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Russell R. Bruch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/15/16

UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                October 2012